THE LAW OFFICES OF EVAN STONE

*624 W. University Dr. #386 ~ Denton, TX 76201*
*lawoffice@wolfe-stone.com ~ (469) 248-5238*

Verizon Legal Compliance
Custodian of Records
TXD01613
P.O. Box 1001
San Angelo, TX 76902
Fax: 325-949-6916

RE: Civil Subpoena

Custodian of Records,

Attached is a Copyright Act subpoena for the production of records regarding persons whose internet accounts were used for the unauthorized reproduction and distribution of my client's copyrighted motion picture via your network.

Also attached is a declaration, infringement notice and list of infringing material, as required by 17 U.S.C. § 512(h)

Please notify me immediately if this list can be sent in a more convenient format.


Regards,

*[signature]*

Evan Stone, Esq.
Counsel for Plaintiff,
FUNimation Entertainment
469-248-5238
lawoffice@wolfe-stone.com

AO88  (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  Texas

In Re: Verizon Internet Services

V.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   4:12-mc-00330

TO: Verizon Legal Compliance, TXD01613
P.O. Box 1001
San Angelo, TX 76902
Fax:  325-949-6916

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Information, including name, addresses, telephone numbers, e-mail address and Media Control Addresses, sufficient to identify and contact all persons whose IP addresses are included in the attached spreadsheet. Note that I am happy to provide this list in whatever format is most convenient for you.

| PLACE | | DATE AND TIME |
|---|---|---|
| Evan Stone, Esq.<br>624 W. University Dr., #386, Denton, TX  76201 | Or by e-mail to:<br>lawoffice@wolfe-stone.com | 6/29/2012 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.



# THE LAW OFFICES OF EVAN STONE

*624 W. University Dr. #386 ~ Denton, TX  76201*
*lawoffice@wolfe-stone.com ~ (469) 248-5238*

May 24, 2012

RE:  Notice of Copyright Infringement

In compliance with relevant federal copyright law, I submit the following:

I hereby certify, under penalty of perjury, that the following information is accurate to the best of my knowledge and belief.

I am an attorney authorized to represent the following copyright holders with respect to the matters discussed herein:  FUNimation Entertainment.

The aforementioned copyright holder(s) own or control various exclusive copyrights and trademarks related to the motion pictures in the accompanying list (the "Works.")

Through a series of investigations, we have a good faith belief that subscribers for which you provide service are using your service for the unauthorized copying and distribution of digital files embodying the copyrighted Works.  The use of the Works in this manner is NOT authorized by these copyright holders and is a violation of their intellectual property rights, including their rights under the Copyright Act.  Infringing materials, along with the location of the infringing materials and timestamps at which the infringements were witnessed are also included in the accompanying list.

I request that you expeditiously block the ports upon which the infringing activity is occurring and likely continues to occur, or otherwise cause such infringing activity to cease and/or suspend the account(s) of the listed users until they agree to cease unlawfully distributing the content in question.

If you should require any further information please do not hesitate to contact me by email at evan@wolfe-stone.com   My mailing address and other contact information are included in my signature below.  Please contact me immediately if you feel that this notification is not in compliance with the requirements of the DMCA, or if some other problem arises with respect to my request.

s/ *E. F. Stone*
Evan Stone
State Bar No. 24072371
624 W. University Dr., #386
Denton, Texas  76201
e-mail: evan@wolfe-stone.com
469-248-5238

## DECLARATION PURSUANT TO 17 U.S.C. § 512(h)

I, Evan F. Stone, the undersigned, declare that:

i) I am an attorney authorized to act on behalf of the copyright holder involved in these matters, FUNimation Entertainment. This declaration is made in support of the accompanying Subpoena, pursuant to 17 U.S.C. § 512(h)(2)(C).

ii) The purpose of the accompanying Subpoena is to obtain the identities of the alleged copyright infringers to which the IP addresses were assigned on the dates and times in the accompanying list. The information obtained will be used only for the purpose of protecting the rights granted to the copyright holders under Title 17 of the United States Code.

iii) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Denton, Texas, on Thursday, May 24, 2012.

s/ *E. F. Stone*
Evan Stone
State Bar No. 24072371
624 W. University Dr., #386
Denton, Texas  76201
469-248-5238

| Verizon Internet Services | | | |
|---|---|---|---|
| User Acct. | Location of Infringing Material (IP, port and torrent name) / hash | Infringing Material | Date/Time (GMT) |
| 71.114.83.18 | 71.114.83.18:58820\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 4:14:38 AM |
| 71.116.212.56 | 71.116.212.56:59122\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 8:04:52 PM |
| 71.118.67.22 | 71.118.67.22:16333\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 9:51:12 PM |
| 71.114.79.96 | 71.114.79.96:14938\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 3:36:58 PM |
| 71.160.150.213 | 71.160.150.213:50055\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 8:04:14 AM |
| 71.109.101.65 | 71.109.101.65:25995\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 4:27:05 PM |
| 71.163.157.3 | 71.163.157.3:59756\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 7:04:17 PM |
| 71.106.57.51 | 71.106.57.51:61415\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 3:20:44 AM |
| 71.103.143.55 | 71.103.143.55:39083\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 7:04:17 PM |
| 71.105.82.83 | 71.105.82.83:46494\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 11:26:40 AM |
| 71.101.84.81 | 71.101.84.81:14445\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 7:11:52 PM |
| 71.184.181.159 | 71.184.181.159:37870\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 4:37:49 AM |
| 71.185.45.108 | 71.185.45.108:49225\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 12:50:12 PM |
| 71.190.216.216 | 71.190.216.216:24754\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 9:58:48 PM |
| 71.191.181.114 | 71.191.181.114:\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 6:56:41 PM |
| 138.89.96.103 | 138.89.96.103:55467\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 4:37:13 PM |
| 71.191.74.224 | 71.191.74.224:36989\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 1:44:45 AM |
| 151.205.105.202 | 151.205.105.202:37073\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 8:38:34 AM |
| 151.205.165.160 | 151.205.165.160:15885\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 7:27:05 PM |
| 71.163.7.54 | 71.163.7.54:45682\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 1:05:24 PM |

Infringement Report: FUNimation Entertainment

Name of work infringed: One Piece: Episode 544

| | | | |
|---|---|---|---|
| 162.83.243.235 | 162.83.243.235:53161\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 4:15:20 AM |
| 108.50.151.190 | 108.50.151.190:49686\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 6:12:37 PM |
| 71.191.99.158 | 71.191.99.158:17316\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 4:07:10 PM |
| 108.14.177.236 | 108.14.177.236:48948\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 2:06:09 PM |
| 108.53.16.42 | 108.53.16.42:48571\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 2:15:10 AM |
| 108.10.242.241 | 108.10.242.241:59049\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 12:42:50 AM |
| 71.252.234.76 | 71.252.234.76:55953\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 6:41:30 PM |
| 71.251.3.99 | 71.251.3.99:36\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 2:22:30 AM |
| 71.183.199.50 | 71.183.199.50:36938\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 5:00:00 PM |
| 108.28.36.214 | 108.28.36.214:42212\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 5:36:24 PM |
| 71.183.53.123 | 71.183.53.123:41157\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 8:56:41 AM |
| 108.10.242.241 | 108.10.242.241:59049\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 8:12:28 PM |
| 71.179.162.205 | 71.179.162.205:50374\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 12:12:14 PM |
| 108.29.21.206 | 108.29.21.206:61096\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 6:05:01 PM |
| 108.13.247.109 | 108.13.247.109:37044\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 1:37:15 AM |
| 108.32.98.21 | 108.32.98.21:57261\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 10:33:40 AM |
| 108.26.81.21 | 108.26.81.21:27335\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 1:37:15 AM |
| 108.17.44.26 | 108.17.44.26:15844\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 10:18:29 AM |
| 108.21.91.4 | 108.21.91.4:22235\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 2:58:46 AM |
| 108.21.116.138 | 108.21.116.138:64553\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 1:28:11 PM |
| 108.2.10.21 | 108.2.10.21:61797\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 2:12:23 AM |
| 108.20.144.129 | 108.20.144.129:24883\[HorribleSubs] One Piece - 487 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 4:52:25 PM |

Infringement Report: FUNimation Entertainment    Name of work infringed: One Piece: Episode 544

| | | |
|---|---|---|
| 71.96.123.51 | 71.96.123.51:40959\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 12:40:19 AM |
| 71.99.66.89 | 71.99.66.89:57241\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 4:27:05 PM |
| 108.28.107.2 | 108.28.107.2:51413\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 7:04:17 PM |
| 108.46.155.95 | 108.46.155.95:47969\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 1:19:48 AM |
| 71.165.238.75 | 71.165.238.75:62463\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 6:05:01 PM |
| 71.167.197.225 | 71.167.197.225:39748\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 3:59:45 PM |
| 71.170.153.204 | 71.170.153.204:54544\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 11:03:24 PM |
| 71.177.0.100 | 71.177.0.100:50722\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 8:38:34 AM |
| 71.177.17.30 | 71.177.17.30:33660\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 4:37:13 PM |
| 71.178.60.158 | 71.178.60.158:38089\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 2:58:59 PM |
| 108.54.241.31 | 108.54.241.31:28295\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 5:42:24 PM |
| 108.54.215.218 | 108.54.215.218:39342\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 3:21:46 PM |
| 108.28.39.67 | 108.28.39.67:39585\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 11:17:45 PM |
| 108.50.134.76 | 108.50.134.76:18836\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 4:52:44 AM |
| 71.163.87.218 | 71.163.87.218:48689\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 5:50:00 PM |
| 108.45.126.176 | 108.45.126.176:40405\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 1:28:11 PM |
| 108.41.61.140 | 108.41.61.140:11804\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 3:14:11 PM |
| 108.38.21.141 | 108.38.21.141:14336\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 7:42:15 PM |
| 108.38.125.75 | 108.38.125.75:51536\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 7:34:40 PM |
| 108.36.201.159 | 108.36.201.159:57858\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 6:20:13 PM |
| 108.36.121.28 | 108.36.121.28:310208\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 10:21:35 PM |

Infringement Report: FUNimation Entertainment    Name of work infringed: One Piece: Episode 544

| IP Address | File | Work | Date |
|---|---|---|---|
| 108.35.7.53 | 108.35.7.53:53377\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 12:14:57 AM |
| 108.35.141.189 | 108.35.141.189:47098\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 3:52:09 PM |
| 108.52.40.117 | 108.52.40.117:40252\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 11:57:03 AM |
| 74.96.237.96 | 74.96.237.96:6881\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 2:43:30 AM |
| 173.77.242.50 | 173.77.242.50:12289\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 2:51:34 PM |
| 98.112.246.92 | 98.112.246.92:1125\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 3:22:44 AM |
| 98.113.127.112 | 98.113.127.112:36612\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 10:26:04 AM |
| 98.113.185.246 | 98.113.185.246:19521\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 8:35:15 PM |
| 98.113.31.251 | 98.113.31.251:32121\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 4:30:19 AM |
| 98.113.85.144 | 98.113.85.144:50000\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 10:06:24 PM |
| 98.113.99.105 | 98.113.99.105:43936\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 4:39:16 PM |
| 98.116.229.234 | 98.116.229.234:20904\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 4:51:47 AM |
| 98.118.119.230 | 98.118.119.230:34851\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 1:34:24 AM |
| 98.119.168.140 | 98.119.168.140:62517\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 1:58:34 PM |
| 96.255.250.14 | 96.255.250.14:33769\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 12:50:12 PM |
| 96.253.92.27 | 96.253.92.27:23857\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 4:47:21 AM |
| 74.109.18.212 | 74.109.18.212:50953\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 7:04:17 PM |
| 74.101.17.35 | 74.101.17.35:15847\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 7:11:52 PM |
| 74.101.163.111 | 74.101.163.111:48856\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 12:24:33 AM |
| 72.94.37.160 | 72.94.37.160:63206\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 1:43:22 PM |
| 74.104.105.179 | 74.104.105.179\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 6:56:41 PM |

Infringement Report: FUNimation Entertainment    Name of work infringed: One Piece: Episode 544

| | | | |
|---|---|---|---|
| 72.89.132.174 | 72.89.132.174:12944\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 3:14:11 PM |
| 70.104.149.141 | 70.104.149.141:51413\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 7:19:28 PM |
| 72.83.42.18 | 72.83.42.18:51413\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 11:41:51 AM |
| 173.78.185.27 | 173.78.185.27:55477\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 8:14:27 AM |
| 173.78.103.133 | 173.78.103.133:16247\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 7:54:58 AM |
| 98.118.39.218 | 98.118.39.218:64598\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 1:27:24 AM |
| 96.234.52.136 | 96.234.52.136:63102\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 5:00:00 PM |
| 96.224.0.180 | 96.224.0.180:12502\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 2:28:56 PM |
| 96.224.18.237 | 96.224.18.237:18257\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 4:52:44 AM |
| 96.224.34.221 | 96.224.34.221:47054\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 7:11:52 PM |
| 96.225.67.70 | 96.225.67.70:\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 3:51:07 AM |
| 96.227.147.77 | 96.227.147.77:30688\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 6:27:48 PM |
| 96.227.67.163 | 96.227.67.163:49410\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 3:52:45 AM |
| 96.227.70.83 | 96.227.70.83:39210\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 2:36:32 PM |
| 96.229.213.8 | 96.229.213.8:27962\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 1:58:34 PM |
| 96.229.218.46 | 96.229.218.46:51413\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 10:33:40 AM |
| 98.112.154.95 | 98.112.154.95:29089\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 4:00:14 AM |
| 96.232.97.160 | 96.232.97.160:55612\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 2:20:34 AM |
| 72.85.171.72 | 72.85.171.72:59774\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 1:20:35 PM |
| 96.235.241.139 | 96.235.241.139:15051\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 1:15:10 AM |
| 96.239.28.12 | 96.239.28.12:37179\[HorribleSubs] One Piece - 544 [360p].mkv --64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 9:43:36 PM |

Infringement Report: FUNimation Entertainment    Name of work infringed:    One Piece: Episode 544

Infringement Report: FUNimation Entertainment

Name of work infringed: One Piece: Episode 544

| | | | |
|---|---|---|---|
| 96.240.27.102 | 96.240.27.102:21705\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 10:06:24 PM |
| 96.241.31.218 | 96.241.31.218:51413\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 4:30:19 AM |
| 96.241.64.16 | 96.241.64.16:43157\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 3:52:45 AM |
| 96.245.39.83 | 96.245.39.83:18121\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 3:58:42 AM |
| 96.246.219.186 | 96.246.219.186:58005\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 3:20:44 AM |
| 96.247.38.160 | 96.247.38.160:60000\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 12:39:05 AM |
| 96.247.91.5 | 96.247.91.5:54938\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 2:22:38 AM |
| 96.250.25.231 | 96.250.25.231:11692\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 1:50:58 PM |
| 96.231.197.219 | 96.231.197.219:21675\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 5:30:23 PM |
| 173.58.37.99 | 173.58.37.99:49780\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 4:14:36 PM |
| 173.64.99.231 | 173.64.99.231:22053\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 12:14:45 AM |
| 173.63.4.88 | 173.63.4.88:63468\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 2:06:09 PM |
| 70.104.11.108 | 70.104.11.108:55770\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 10:13:59 PM |
| 72.94.137.180 | 72.94.137.180:57763\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 3:59:45 PM |
| 173.63.204.20 | 173.63.204.20:\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 3:06:35 PM |
| 173.62.198.209 | 173.62.198.209:10018\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 10:29:10 PM |
| 173.61.163.232 | 173.61.163.232:13310\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 5:57:35 PM |
| 173.60.82.188 | 173.60.82.188:36166\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 10:06:24 PM |
| 173.60.130.145 | 173.60.130.145:55556\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 8:42:51 PM |
| 173.65.14.14 | 173.65.14.14:29208\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 3:00:14 AM |
| 173.59.255.137 | 173.59.255.137:49160\[HorribleSubs] One Piece - 544 [360p].mkv | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 1:19:48 AM |

| | | | |
|---|---|---|---|
| 173.77.211.158 | 173.77.211.158:39737\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 4:07:10 PM |
| 173.57.98.47 | 173.57.98.47:21541\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 1:35:47 PM |
| 173.57.37.174 | 173.57.37.174:46616\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 2:51:20 AM |
| 173.56.46.34 | 173.56.46.34:55205\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 2:14:55 AM |
| 173.55.104.82 | 173.55.104.82:64012\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 9:20:49 PM |
| 173.54.189.226 | 173.54.189.226:64012\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 3:06:35 PM |
| 173.52.158.18 | 173.52.158.18:63655\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 2:51:34 PM |
| 173.51.189.180 | 173.51.189.180:6881\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 12:14:45 AM |
| 173.49.54.253 | 173.49.54.253:35666\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 3:21:46 PM |
| 72.79.94.14 | 72.79.94.14:41595\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/25/2012 3:16:48 AM |
| 72.68.165.15 | 72.68.165.15:53726\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 3:30:15 AM |
| 173.59.91.175 | 173.59.91.175:41637\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 8:20:33 AM |
| 173.72.222.63 | 173.72.222.63:30092\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 3:15:15 AM |
| 173.77.182.72 | 173.77.182.72:27142\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 5:30:23 PM |
| 173.77.122.73 | 173.77.122.73:42430\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 9:05:38 PM |
| 173.74.74.176 | 173.74.74.176:53900\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 8:38:34 AM |
| 173.74.187.124 | 173.74.187.124:18814\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 8:14:27 AM |
| 173.74.136.189 | 173.74.136.189:56807\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 7:54:58 AM |
| 173.73.94.83 | 173.73.94.83:7883\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 11:05:45 PM |
| 173.73.7.113 | 173.73.7.113:33570\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/22/2012 1:58:34 PM |
| 173.73.170.126 | 173.73.170.126:\[HorribleSubs] One Piece - 544 [360p].mkv --<br>64A7C2BBBBCE87E8BA5A2C215CA335557CDE5D4C | [HorribleSubs] One Piece - 487 [360p].mkv | 4/23/2012 4:30:19 AM |

Infringement Report: FUNimation Entertainment

Name of work infringed: One Piece: Episode 544

| IP Address | File | Date |
|---|---|---|
| 173.73.133.67 | 173.73.133.67:48097\|HorribleSubs] One Piece - 544 [360p].mkv -- 64A7C2BBBBCE87E8BA5A2C215CA3355557CDE5D4C | 4/25/2012 2:04:36 AM |
| 173.65.166.179 | 173.65.166.179:40935\|HorribleSubs] One Piece - 544 [360p].mkv -- 64A7C2BBBBCE87E8BA5A2C215CA3355557CDE5D4C | 4/22/2012 9:25:29 AM |
| 173.72.19.9 | 173.72.19.9:51413\|HorribleSubs] One Piece - 544 [360p].mkv -- 64A7C2BBBBCE87E8BA5A2C215CA3355557CDE5D4C | 4/22/2012 6:27:48 PM |
| 173.71.58.82 | 173.71.58.82:42501\|HorribleSubs] One Piece - 544 [360p].mkv -- 64A7C2BBBBCE87E8BA5A2C215CA3355557CDE5D4C | 4/22/2012 3:44:34 PM |
| 173.66.145.136 | 173.66.145.136:61137\|HorribleSubs] One Piece - 544 [360p].mkv -- 64A7C2BBBBCE87E8BA5A2C215CA3355557CDE5D4C | 4/22/2012 2:51:34 PM |
| 173.65.32.206 | 173.65.32.206:60539\|HorribleSubs] One Piece - 544 [360p].mkv -- 64A7C2BBBBCE87E8BA5A2C215CA3355557CDE5D4C | 4/23/2012 4:37:25 AM |
| 173.70.119.229 | 173.70.119.229:55135\|HorribleSubs] One Piece - 544 [360p].mkv -- 64A7C2BBBBCE87E8BA5A2C215CA3355557CDE5D4C | 4/22/2012 11:41:51 AM |
| 173.67.147.213 | 173.67.147.213:29224\|HorribleSubs] One Piece - 544 [360p].mkv -- 64A7C2BBBBCE87E8BA5A2C215CA3355557CDE5D4C | 4/25/2012 12:14:57 AM |
| 173.66.120.80 | 173.66.120.80:47074\|HorribleSubs] One Piece - 544 [360p].mkv -- 64A7C2BBBBCE87E8BA5A2C215CA3355557CDE5D4C | 4/22/2012 4:37:13 PM |
| 173.70.41.232 | 173.70.41.232:17255\|HorribleSubs] One Piece - 544 [360p].mkv -- 64A7C2BBBBCE87E8BA5A2C215CA3355557CDE5D4C | 4/22/2012 8:04:52 PM |
| 173.66.182.103 | 173.66.182.103:62983\|HorribleSubs] One Piece - 544 [360p].mkv -- 64A7C2BBBBCE87E8BA5A2C215CA3355557CDE5D4C | 4/22/2012 2:58:59 PM |